

Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

**Austin K. Smith**
9131 FireSide Court
Indianapolis, IN 46250
Phone: 945-349-7412
Email: austin@asmithdev.com
**Plaintiff, Pro Se**

8:25CV459

v.

**Steve Caldwell, Shawn Axios, Walter Botich, Dan Golnick, Matt Long, Becky Fisher, 77Media, LLC, Cory Fisher, Mesh Coalition, Paul Ford, Postlight Studios, Calvin Metcalf, Community North Hospital, IU North/Community Health Network, Fishers Police Department, Carmel Police Department, Indianapolis Metropolitan Police Department, FBI (Castleton Field Office), Department of Homeland Security, Attorney Guy Relford, Hendricks County Sheriff's Office, Benjamin R. Jones, Syjon (alias),** and **John/Jane Does 1-50**

**Defendants.**

Case No. _____

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF AND IMMEDIATE INJUNCTIVE RELIEF**

**JURY TRIAL DEMANDED**

## I. PRELIMINARY STATEMENT

This is a civil action for damages, declaratory, and injunctive relief arising from a long-standing, multi-year campaign of unlawful surveillance, retaliation, harassment, false imprisonment, unlawful commitment, blacklisting, theft of intellectual property, defamation, and obstruction of justice. The Defendants—both public and private—acted individually and in concert to deprive Plaintiff of his constitutional rights under color of law and in violation of federal statutes, including 42 U.S.C. §§ 1983, 1985, 1986, and the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962.

Plaintiff further alleges systemic tampering with telecommunications and internet infrastructure that has blocked or rerouted his attempts to retain legal counsel, including interference with calls to the Indiana Bar Association that were rerouted without consent to a court in Johnson County, Indiana.

Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

Additionally some defendants have claimed to be Sans Court, as well as above the law and constitution.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question), § 1343 (civil rights), and § 1367 (supplemental jurisdiction over state law claims).

2. Venue is proper in this district under 28 U.S.C. § 1391(e), as Plaintiff alleges that Defendants—including federal officers and agencies—have acted under color of federal law in ways that authorize nationwide venue.

## III. PARTIES

3. **Plaintiff**, Austin K. Smith, is a resident of Indiana who has suffered extensive constitutional violations and tortious injuries across multiple jurisdictions.

4. **Defendants** include a combination of:
   - Private individuals,
   - Employers,
   - State and federal agencies,
   - Law enforcement officers,
   - Medical facilities and staff,
   - Legal professionals,
   - Technology and media entities

A complete list of parties is included in the caption and will be expanded in discovery.

## IV. FACTUAL ALLEGATIONS

5. Plaintiff has been the target of a coordinated, multi-year effort involving harassment, surveillance (including drone and GPS tracking), tampering with electronics and personal data, interference with employment and housing, and denial of medical due process.

6. Plaintiff was wrongfully detained under false pretenses at Community North Hospital and subjected to unconstitutional forced medication and confinement.

7. Police and FBI agents failed to investigate death threats and instead enabled continued harassment, or actively participated in efforts to discredit and endanger the Plaintiff.

Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE  68102

8. Defendants have made explicit threats of assassination and extermination, including social media posts stating "You fucked up brand security and now you must die" and "Exterminate Smith."

9. Plaintiff's attempts to obtain legal counsel were **systematically obstructed**. His calls to legal organizations, including the Indiana Bar Association, were **rerouted** without authorization. On at least one occasion, a call to the Bar Association was rerouted to a **Johnson County court,** a location known for hostility toward the Plaintiff's prior filings.

10. Plaintiff's **phone and internet connections** have been tampered with, preventing normal use of attorney directories, email communications, or file transfers involving case evidence.

11. Plaintiff was forcibly hospitalized without due process and had his firearms confiscated in violation of the 2nd, 4th, and 14th Amendments, without a hearing or valid court order.

12. Plaintiff has suffered severe emotional distress, economic loss, reputational harm, and enduring physical symptoms from medical negligence and unauthorized psychiatric medication.

13. Plaintiff has also been unconstitutional tortured and subjected to sleep deprivation through means of audio torture and harassment, plaintiff has substantial evidence validating the torture.

14. Defendants have committed multiple cyber crimes as well and hacked Plaintiffs electronic devices preventing Plaintiff from maintaining employment as a Senior Software Engineer and obstructed Plaintiffs attempts to file taxes for the year 2025 and others.

Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

## V. CAUSES OF ACTION

**Count I:** Violation of Civil Rights (42 U.S.C. § 1983)

**Count II:** Conspiracy to Interfere with Civil Rights (42 U.S.C. § 1985)

**Count III:** Negligent Failure to Prevent Civil Rights Violations (42 U.S.C. § 1986)

**Count IV:** Racketeering Activity and Civil RICO (18 U.S.C. § 1962)

**Count V:** False Imprisonment and Abuse of Civil Commitment

**Count VI:** Medical Malpractice and Negligence

**Count VII:** Tortious Interference with Contract and Employment

**Count VIII:** Defamation and Blacklisting

**Count IX:** Intentional Infliction of Emotional Distress

**Count X:** Trespass to Property and Electronic Intrusion

**Count XI:** Unlawful Search and Seizure (4th Amendment)

**Count XII:** Deprivation of Due Process (5th & 14th Amendments)

**Count XIII:** Retaliation for Protected Speech (1st Amendment)

**Count XIV:** Infringement of 2nd Amendment Rights

**Count XV:** Infringement of 10th amendment

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Award **compensatory damages** in an amount to be determined at trial.
2. Award **punitive damages** for willful, malicious, and unconstitutional conduct.
3. Grant **injunctive relief** to bar ongoing harassment, retaliation, or surveillance.
4. Order **expungement and correction** of false records and psychiatric detainment history.
5. Restore all unlawfully confiscated personal property, including firearms.
6. Award **costs and attorneys' fees** pursuant to 42 U.S.C. § 1988.
7. Grant such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully filed.

Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

/s/ Austin K. Smith
**Austin K. Smith**
Pro Se Plaintiff

From: 9131 Fireside Cova
Indianapolis IN
46205
Austin Smith



9589 0710 5270 3271 8340 98

RECEIVED
JUL 17 2025
CLERK
U.S. DISTRICT COURT

To: Roman L. Hruska
Federal Courthouse
111 South 18th Plaza
Omaha, NE 68102

ReadyPost
Document Mailer











USPS Priority Mail Express Flat Rate Envelope

FROM:
Austin Smith
9131 Fireside Court
Indianapolis, IN 46205
PHONE: 945-349-7412

TO:
Roman L. Hruska
Federal Courthouse
111 South 18th Plaza
Omaha, NE
68102

Postage: $31.40
Date Accepted: 7/15/25
Time Accepted: 1:16 PM
Scheduled Delivery Date: 7/16/25
PO ZIP Code: 46256
Weight: 2.00 lbs
Flat Rate: PMP

JUL 17 2025
U.S. DISTRICT COURT