IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN K. SMITH, | |
| Plaintiff, | 8:25CV459 |
| vs. | |
| STEVE CALDWELL, SHAWN AXIOS, WALTER BOTICH, DAN GOLNICK, MATT LONG, BECKY FISHER, 77MEDIA, LLC; CORY FISHER, MESH COALITION, PAUL FORD, POSTLIGHT STUDIOS, CALVIN METCALF, COMMUNITY NORTH HOSPITAL, IU NORTH/COMMUNITY HEALTH NETWORK, FISHERS POLICE DEPARTMENT, CARMEL POLICE DEPARTMENT, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, FBI (CASTLETON FIELD OFFICE), DEPARTMENT OF HOMELAND SECURITY, GUY RELFORD, Attorney; HENDRICKS COUNTY SHERIFF'S OFFICE, BENJAMIN R. JONES, SYJON, (alias); and JOHN/JANE DOES 1-50, | MEMORANDUM AND ORDER |
| Defendants. | |

On August 6, 2025, the Court ordered Plaintiff to file a signed copy of his Complaint, Filing No. 1, and either pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis by September 5, 2025, or face dismissal of this action. Filing No. 5. To date, Plaintiff has not filed a signed copy of his Complaint, paid the fees, submitted

a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 3rd day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge